# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY PIERRE JAMISON,<br><br>    Petitioner,<br><br>  v.<br><br>KINGS COUNTY SHERIFF and KINGS COUNTY SUPERIOR COURT,<br><br>    Respondents. | Case No. 1:14-cv-00983-SMS<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE<br><br><br>(Doc. 5) |

Petitioner Perry Pierre Jamison is a state prisoner confined in the Kings County Jail proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his federal petition for writ of habeas corpus in the U.S. District Court for the Eastern District of California on June 23, 2014. On July 31, 2014, after screening the petition, this Court ordered Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. The order directed Petitioner to inform the Court within thirty (30) days of service whether his claims have been presented to the California Supreme Court (and thus exhausted). The Court warned Petitioner that failure to follow the order would result in dismissal of the petition for failure to prosecute. Petitioner did not respond.

Because of Petitioner's failure to comply with the July 31, 2014 order, the Court is left with no alternative but to dismiss the action. *In re Phenylpropanolamine (PPA) Products Liability*

1

1  *Litigation*, 460 F.3d 1217, 12266 (9th Cir. 2006).  This action cannot proceed without Petitioner's
2  compliance with the orders at issue.  Nor can an action remain idle and unprosecuted on the Court's
3  docket.  *Id.*
4      Accordingly, the Court hereby DISMISSES this action, without prejudice, for failure to
5  follow its July 31, 2014 order.
6  IT IS SO ORDERED.

    Dated:   **September 3, 2014**          **/s/ Sandra M. Snyder**
                                                                  UNITED STATES MAGISTRATE JUDGE